Defendant further contends that the court erred in failing to allocate between the parties certain marital debt consisting of credit card balances in his name. Defendant, however, failed to submit evidence that a balance transfer to one credit card and the outstanding balances on two other credit cards reflected marital expenses (*see Lopez v Saldana*, 309 AD2d 655, 656 [2003]). The record therefore supports the Referee's finding, as confirmed by the court, that those amounts did not constitute marital debt to be allocated (*see Cabeche v Cabeche*, 10 AD3d 441, 441 [2004]; *see also Greenwald v Greenwald*, 164 AD2d 706, 720-721 [1991], *lv denied* 78 NY2d 855 [1991]). Present—Centra, J.P., Fahey, Peradotto, Sconiers and DeJoseph, JJ.

■ In the Matter of EDGARDO BOLANOS, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [987 NYS2d 284]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered December 16, 2013) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Centra, J.P., Lindley, Sconiers, Valentino and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIMBERLY M. DOYLE, Appellant. (Appeal No. 1.) [987 NYS2d 283]— Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered September 7, 2012. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal is unanimously dismissed (*see People v Griffin*, 239 AD2d 936 [1997]). Present—Centra, J.P., Lindley, Sconiers, Valentino and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIMBERLY M. DOYLE, Appellant. (Appeal No. 2.) [987 NYS2d 283]— Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered September 7, 2012. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal is unanimously dismissed (*see People v Griffin*, 239 AD2d 936 [1997]). Present—Centra, J.P., Lindley, Sconiers, Valentino and DeJoseph, JJ.